McGINNIS, Respondent, v. BOSTON & A. R. CO., Appellant. (Supreme Court, Appellate

Division, Third Department. November 13, 1912.) Action by John H. McGinnis against the Boston & Albany Railroad Company. No opinion. Judgment and order unanimously affirmed, with costs.